IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SOCORRO REEVES,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA
and THE SECRETARY OF THE AIR FORCE,

    Defendants.               No. CIV-97-0902/LCS

**MUTUALLY APPROVED FINDINGS OF FACT**
**AND**
**CONCLUSIONS OF LAW**

Comes now the parties, by and through their respective counsel, and respectfully request the Court to make the following findings of fact and conclusions of law:

1. The basis for jurisdiction is 28 USC §1346(b), and 28 USC §2671 et. seq. (the Federal Tort Claims Act).

2. On June 17, 1994, Plaintiff, Socorro Reeves, a military dependent, underwent a total abdominal hysterectomy, bilateral salpingo-oophorectomy, at Holloman Air Force Base, New Mexico. The operation was performed by Dr. Vickie S. Williams, D.O.

        GIVEN_____        REFUSED_____

3. Plaintiff was hospitalized from June 17, 1994, until discharged on June 20, 1994.

    GIVEN_____      REFUSED_____

**REQUESTED CONCLUSIONS OF LAW**

1. The Court has jurisdiction over the parties and the subject matter.

    CHARLES W. DURRETT, P.C.,
    LISA K. DURRETT, P.C.


    By_____
    Charles W. Durrett
    307 11th Street - P. O. Box 760
    Alamogordo, New Mexico 88311-0760
    (505) 437-1840
           And
    Gregory R. Kauffman
    320 Gold SW, Suite 1125
    Albuquerque, New Mexico 87102
    (505) 242-5297
    Attorneys for Plaintiff


    U.S. ATTORNEY, John Kelly

    APPROVED 03/12/99
    ORIGINAL DOCUMENT W/ SIGNATURE
    RETAINED BY PLAINTIFF'S COUNSEL

    By_____
    Raymond Hamilton
    P. O. Box 607
    Albuquerque, New Mexico 87103-0607
    (505) 224-1449
    Attorney for Defendant